# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**DAVID ISAAC GARCIA,**

    **Plaintiff,**

**v.**                                                             **No. 16-cv-1407 WJ/SMV**

**JASON GARCIA, FNU CHAVIRA,**
**FNU ALIMON, JOHN DOE,**

    **Defendants.**

## ORDER STRIKING POST-DISMISSAL FILINGS

THIS MATTER is before the Court on the December 18, 2019 letter to the Court from Plaintiff, David Isaac Garcia [Doc. 20]. The Court will strike Plaintiff Garcia's post-dismissal filings and will direct Plaintiff Garcia that in order to open a new case, he must file *a new complaint*.

This case was dismissed without prejudice by the District Judge on June 15, 2017. [Doc. 13]. The dismissal Order constituted a final order of dismissal of all claims and had the effect of closing the case. *See* Fed. R. Civ. P. 41(b). The Court's June 15, 2017 Order was without prejudice, meaning that Plaintiff was permitted to refile his claims. However, in order to refile his claims, Plaintiff must open a new case by filing *a new complaint*. Fed. R. Civ. P. 3.

Plaintiff has not submitted a new complaint to the Court, and his post-dismissal filings in this case are of no effect because the case is closed. Therefore, the Court will strike his post-dismissal filings [Docs. 15, 16, 17, 18, 19, 20]. If Plaintiff wishes to proceed forward on any claim, he must *submit a new complaint* in proper form under 42 U.S.C. § 1983 and either pay the

filing fee or submit an application to proceed without prepayment of fees or costs under 28 U.S.C. § 1915.

**IT IS ORDERED that:**

(1)  Plaintiff's post-dismissal filings in this case [Doc. 15, 16, 17, 18, and 19] be **STRUCK**;

(2)  If Plaintiff wishes to proceed on civil rights claims, he must submit a new complaint in proper form under 42 U.S.C. § 1983, and pay the filing fee or submit an application to proceed without prepayment of fees or costs under 28 U.S.C. § 1915; and

(3)  The Clerk of the Court send Plaintiff a form civil rights complaint under 42 U.S.C. § 1983 and a long form application to proceed without prepayment of fees or costs under 28 U.S.C. § 1915.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**